IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| NUCOR CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>      Defendant, | Court No. 21-00182 |

**CONSENT MOTION TO INTERVENE AS OF RIGHT**

1. Pursuant to Rule 24(a) of the Rules of this Court ("USCIT R."), POSCO respectfully requests that this Court allow it to intervene as a matter of right as Defendant-Intervenor in this action.

2. Plaintiff Nucor Corporation ("Plaintiff") commenced this action by filing a summons and complaint on April 21, 2021. This action contests certain aspects of the final results in the 2018 administrative review of the countervailing duty order on *Certain Carbon and Alloy Steel Cut-to-Length Plate from the Republic of Korea*. The final results were issued on March 16, 2021 and published in the Federal Register on March 22, 2021. *See Certain Carbon and Alloy Steel Cut-to-Length Plate From the Republic of Korea: Final Results and Partial Rescission of Countervailing Duty Administrative Review, 2018*, 86 Fed. Reg. 15,184 (Dep't Commerce Mar. 22, 2021) ("*Final Results*").

3. Pursuant to 28 U.S.C. § 2631(j)(1)(B), an interested party who was a party to the proceeding below may intervene as of right in a civil action pending with this Court. POSCO is a producer and exporter of carbon and alloy steel cut-to-length plate from Korea, was subject to

14290537–1

1

the *Final Results* challenged in this action, and participated in the administrative proceedings leading to the *Final Results*. POSCO is thus an interested party as defined by 19 U.S.C. §§ 1677(9)(A), 1516a(f)(3), and 28 U.S.C. § 2631(k)(1), and has standing to intervene in this action as a party to the proceeding below. 19 U.S.C. § 1516a(d). Accordingly, POSCO may intervene as of right in this action.

4. Plaintiff's complaint was filed on April 21, 2021, and service of the complaint was e-mailed electronically. Accordingly, this motion is timely, having been made within 30 days after the date of service of the complaint. *See* USCIT R. 24(a).

5. Pursuant to USCIT R. 7(b), counsel for POSCO has conferred with counsel for the other parties and has obtained their consent for this motion. Specifically, on May 14, 2021, Adam Teslik, counsel to Plaintiff, consented to this motion, and on May 17, 2021, Kelly Krystyniak of the U.S. Department of Justice, counsel to Defendant United States, consented to this motion.

6. Based on the foregoing, POSCO respectfully requests that this Court grant its motion to intervene as of right as Defendant-Intervenor in this action.

    Respectfully submitted,

    /s/ Brady W. Mills
    Brady W. Mills
    Donald B. Cameron
    Julie C. Mendoza
    R. Will Planert
    Mary S. Hodgins

    **MORRIS MANNING & MARTIN LLP**
    1401 Eye Street, NW, Suite 600
    Washington, D.C. 20005
    (202) 216-4116

Dated: May 17, 2021     *Counsel to Proposed Defendant-Intervenor POSCO*

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| NUCOR CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No. 21-00182 |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |

## **ORDER**

Upon consideration of the consent motion of Intervenor-Applicant POSCO to intervene as of right, and other papers and proceedings herein, it is hereby:

**ORDERED** that Intervenor-Applicant's motion is granted; and it is further

**ORDERED** that POSCO be designated as Defendant-Intervenor in this action.

**SO ORDERED.**

Dated: _____          _____
       New York, NY                Honorable Mark A. Barnett, Chief Judge