# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| NUCOR CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 21-00182 |
| UNITED STATES, | ) |
| Defendant, | ) |

## **ORDER**

Upon consideration of the consent motion of Intervenor-Applicant POSCO to intervene as of right, and other papers and proceedings herein, it is hereby:

**ORDERED** that Intervenor-Applicant's motion is granted; and it is further

**ORDERED** that POSCO be designated as Defendant-Intervenor in this action.

**SO ORDERED.**

Dated: May 17, 2021        /S/      Mark A. Barnett
New York, NY               Honorable Mark A. Barnett, Chief Judge