IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUCOR CORPORATION,<br>　　　　　　Plaintiff,<br>v.<br>UNITED STATES,<br>　　　　　　Defendant,<br>and<br>POSCO,<br>　　　　　　Defendant-Intervenor. | Before: Hon. Mark A. Barnett,<br>　　　　　Chief Judge<br><br>Court No. 21-00182 |

**ORDER**

Upon consideration of Plaintiff Nucor Corporation's ("Nucor") consent motion to enlarge the word count limitation for comments regarding the Remand Redetermination, it is hereby

**ORDERED** that Nucor's motion is granted, and it is further

**ORDERED** that the word count limitation for comments and responsive comments on the Remand Redetermination in the above-captioned case is enlarged from 4,000 words to 10,000 words.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/　　　　Mark A. Barnett
　　　　　　　　　　　　　　　　　　　Hon. Mark A. Barnett, Chief Judge

Dated: February 17, 2023
　　　　New York, New York