# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

|  |  |
|---|---|
| NUCOR CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) Court No. 21-00182 |
| Defendant, | ) |
| and, | ) |
| POSCO, | ) |
| Defendant-Intervenor. | ) |

## DEFENDANT-INTERVENOR POSCO'S COMMENTS
## IN SUPPORT OF THE AGENCY'S REMAND DETERMINATION

On behalf of Defendant-Intervenor POSCO, we hereby comment in support of the U.S. Department of Commerce's ("Commerce") January 31, 2023 Final Results of Redetermination Pursuant to Court Remand ("Remand Results") in *Nucor Corp. v. United States*, Slip Op. 22-116, Court No. 21-00182 (Ct. Int'l Trade 2023), CRR 4, PRR 6 ("*Nucor*").[1]  These comments are timely filed pursuant to the Court's March 15, 2023 Order.  Order, *Nucor Corp. v. United States*, No. 21-00182 (Ct. Int'l Trade 2023), ECF No. 69.

On October 5, 2022, the Court remanded the *Final Results* of the countervailing duty administrative review of certain carbon and alloy steel cut-to-length plate from the Republic of Korea.  *Certain Carbon and Alloy Steel Cut-to-Length Plate From the Republic of Korea: Final*

---

[1] Citations to the administrative record shall be to the public remand record number or the confidential remand record number ("PRR" or "CRR" respectively) followed by the page or exhibit number.  *See* Remand Record Submission for the Final Results of Redetermination, *Nucor Corp. v. United States*, No. 21-00182 (Feb. 7, 2023), ECF No. 62.

1

*Results and Partial Rescission of Countervailing Duty Administrative Review; 2018*, 86 Fed. Reg. 15,184 (Dep't Commerce Mar. 22, 2021) and accompanying Issues and Decision Memorandum. The Court ordered Commerce to reconsider its determination not to investigate the alleged off-peak sale of electricity for less than adequate remuneration ("LTAR") and reconsider its decision not to treat POSCO Plantec as a cross-owned input supplier of POSCO. *Nucor Corp. v. United States*, 600 F. Supp. 3d 1225, 1241 (Ct. Int'l Trade Oct. 5, 2022), ECF No. 52.

On January 31, 2023, Commerce issued its Remand Results. In its Remand Results, Commerce continued to determine that Plaintiff Nucor Corporation ("Nucor") did not adequately support the existence of a benefit in its subsidy allegation regarding the provision of off-peak electricity for LTAR, and determined that the inputs provided by POSCO Plantec to POSCO during the POR were not primarily dedicated to the production of downstream product. CRR 4, PRR 6.

On March 2, 2023, Nucor filed comments in opposition to the Remand Results. Nucor Corporation's Comments On Final Results of Redetermination Pursuant to Court Remand, *Nucor Corp. v. United States*, No. 21-00182 (Mar. 2, 2023), ECF No. 65.

On April 24, 2023, Defendant, the United States, filed its comments in support of Commerce's Remand Results. POSCO agrees with the arguments that the United States has raised in its response comments. In the interest of brevity, POSCO does not repeat those arguments herein, but incorporates them by reference.

For the foregoing reasons, we respectfully request that the Court reject the arguments raised by Nucor and sustain the Remand Results.

Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas III
Jordan L. Fleischer
Nicholas C. Duffey

**MORRIS, MANNING & MARTIN, LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 408-5153

*Counsel to Defendant-Intervenor POSCO*

# CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing brief complies with the Standard Chambers Procedures of the U.S. Court of International Trade in that it contains 447 words including text, footnotes, and headings and excluding the table of contents, table of authorities and counsel's signature block, according to the word count function of Microsoft Word 2016 used to prepare this brief.

/s/ Brady W. Mills
Brady W. Mills