

CHAMBERS OF
MARK A. BARNETT
CHIEF JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

August 21, 2023

Via CM/ECF

    Re: *Nucor Corporation v. United States*
    Court No. 21-00182

To All Counsel:

    It is my intention to issue the opinion in the above-captioned case as a redacted public document. The opinion contains confidential information in both footnotes and the body text (enclosed within double square brackets), which will be redacted prior to the issuance of the public opinion. I ask that you please review the opinion and inform the court by August 28, 2023, via CM/ECF, whether any information in this opinion not designated as confidential should be redacted in the public version. Please also state the basis for your belief. Additionally, please review the information the court has designated as confidential and inform the court if such information can be released in the public opinion. Parties should pay particular attention to the information in footnote 20 of the opinion, which is bracketed for consistency with the parties' treatment of this information. The exhibit referenced in the footnote is not, however, redacted in the public joint appendix.

                                                               Very truly yours,

                                                               /s/      Mark A. Barnett
                                                               Mark A. Barnett, Judge