UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUCOR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>    and<br><br>POSCO,<br><br>    Defendant-Intervenor. | Before: Mark A. Barnett, Chief Judge<br>Court No. 21-00182 |

**JUDGMENT**

This case having been duly submitted for decision, and the court, after due deliberation, having rendered an opinion herein, now therefore, in conformity with said opinion it is hereby:

**ORDERED** that the U.S. Department of Commerce's final results in the countervailing duty administrative review of certain carbon and alloy steel, *Certain Carbon and Alloy Steel Cut-to-Length Plate From the Republic of Korea*, 86 Fed. Reg. 15,184 (Dep't Commerce Mar. 22, 2021) (final results and partial recission of countervailing duty admin. review, 2018), ECF No. 18-4, as amended by each of the Final Results of Redetermination Pursuant to Court Remand, ECF Nos. 60-1, 93-1, and 112-1, are **SUSTAINED**; and it is further

Court No. 21-00182 Page 2

**ORDERED** that the subject entries must be liquidated in accordance with the final court decision, including all appeals, as provided for in section 516(A)(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2018).

/s/   Mark A. Barnett
Mark A. Barnett, Chief Judge

Dated: March 21, 2025
New York, New York